In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE Arising Out of the Death of WILLIAM T. KELLY, Deceased, Respondent, against NEW YORK STATE RAILWAYS (ROCHESTER TRANSIT CORPORATION), Appellant, STATE INDUSTRIAL BOARD, Respondent.— Appeal by Rochester Transit Corporation, successor to New York State Railways, from an award and a decision of the State Industrial Board which awarded to Charles E. Ashton, an undertaker, $200 for funeral expenses, and certain amounts directed to be paid into the Special Funds created under subdivisions 8 and 9 of section 15 of the Workmen's Compensation Law. Claimant was injured on November 1, 1926, while engaged as a car placer. He was struck by a car which knocked him into a pit causing him to suffer severe injuries, including the fracture of several ribs and a hernia. Thereafter, on February 1, 1929, he sustained injuries while entering the front door of a car. The car step dropped causing him to be thrown against the door, and as a result of this accident he suffered a fracture of the sixth and seventh ribs, a double rupture, and other injuries. As the result of these injuries his resistance was lowered and his heart weakened. Fibrosis of the lungs followed, together with a heart collapse, which resulted in his death. Competent medical testimony amply sustains the findings of the State Industrial Board. The award should be affirmed. Decision and award of the State Industrial Board unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by PATRICK J. HANRAHAN, Respondent. INTERSTATE HOME EQUIPMENT COMPANY, INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Appeal from a decision of the Unemployment Insurance Appeal Board affirming a decision of a referee deciding that claimant was an employee and not an independent contractor. There is evidence to sustain a finding that claimant was employed by one Arnold, a so-called crew manager; and that Arnold directed and controlled his activities. There is also evidence from which the inference may be drawn that Arnold was an employee of the appellant. Decision affirmed, with costs to the Industrial Commissioner. Hill, P. J., Schenck and Foster, JJ., concur; Crapser and Heffernan, JJ., dissent and vote to reverse the decision and dismiss the proceeding on the authority of *Matter of Levine* v. *Aluminum Cooking Utensil Co., Inc.* (258 App. Div. 1023; affd., 283 N. Y. 577).

In the Matter of the Claim for Benefits under Article 18 of the Labor Law, Made by LILLIE A. THOMPSON, Claimant. SAGTIKOS FARM, INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion for reargument denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.